JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KHAALIQ BINNS, | ) | Case No. CV 11-10241-DSF (DTB) |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| KATHLEEN ALLISON, WARDEN, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 6/24/13

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1