JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAALIQ BINNS,<br><br>    Plaintiff,<br><br>    vs.<br><br>KATHLEEN ALLISON, WARDEN,<br><br>    Defendant. | ) Case No. CV 11-10241-DSF (DTB)<br>)<br>)<br>) **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 6/24/13

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1